# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

HENRY GIBBS, JR.,      :   No. 84 WM 2023

          Petitioner      :

     v.      :

PENNSYLVANIA PAROLE BOARD,      :

          Respondent      :

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of February, 2024, the "Application for Extraordinary Relief," the "Motion to Present Evidence," the "Motion for Summary Judgment," the "Motion for Clarification," and the Motion to Expedite are DISMISSED. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is not permitted). The Prothonotary is DIRECTED to forward the filings to counsel of record.